AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

DEC 21 2017

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:17-mj-611 |
| Julian Paul Assange | ) | |
| | ) | **Filed Under Seal** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2010__ in the county of __Loudoun (first brought)__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to (1) access a computer, without authorization and exceeding authorized access, to obtain classified national defense information in violation of 18 U.S.C. § 1030(a)(1); and (2) access a computer, without authorization and exceeding authorized access, to obtain information from a department or agency of the United States in furtherance of a criminal act in violation of 18 U.S.C. § 1030(a)(2), (c)(2)(B)(ii). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Kellen S. Dwyer; Tracy Doherty-McCormick

*Complainant's signature*

Special Agent Megan Brown
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/21/17

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*