IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



*[Stamp: DEC 2 1 2017]*

UNITED STATES OF AMERICA

v.

JULIAN PAUL ASSANGE,

　　Defendant.

Case No. 17-MJ-611

**Filed Under Seal**

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the complaint, supporting affidavit, arrest warrant, the Motion to Seal, and proposed Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the complaint, supporting affidavit, arrest warrant, Motion to Seal, and this Order be sealed until the defendant is arrested and extradited, except that the United States may provide a copy of these documents, and information relating thereto, to such foreign and domestic law enforcement, judicial, and diplomatic personnel as necessary to secure the defendant's arrest and extradition.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Honorable Theresa Carroll Buchanan
United States Magistrate Judge

Date: 12/21/17
Alexandria, Virginia