FILED
IN OPEN COURT

MAR - 6 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: )
) CASE NUMBER: 1:18-CR- 111
GRAND JURY PROCEEDINGS )
) UNDER SEAL

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its attorneys, Tracy Doherty-McCormick, Acting United States Attorney for the Eastern District of Virginia, and Kellen S. Dwyer and Thomas W. Traxler, Assistant United States Attorneys, pursuant to Local Criminal Rule 49(B), moves to seal the indictment and arrest warrant in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrant which could result in flight from prosecution, the destruction of or tampering with evidence, or the intimidation of potential witnesses, or otherwise jeopardize the investigation. Another procedure will not adequately protect the needs of law enforcement at this time.

Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the indictment and arrest warrant remain under seal until the arrest of the defendant, at which time the indictment may be treated as a matter of public record.

The United States further requests that: (1) a certified copy of the indictment be provided to those law enforcement officials involved in the prosecution of this case; and (2) a copy of the

sealed arrest warrant be made available to agents of the Federal Bureau of Investigation for execution.

Tracy Doherty-McCormick
Acting United States Attorney

Kellen S. Dwyer
Thomas W. Traxler
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3707
Facsimile (703) 299-3980
Email: Kellen.dwyer@usdoj.gov