IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER 1:18-CR-_111_ |
| GRAND JURY PROCEEDINGS ) | |
| ) | UNDER SEAL |

## ORDER SEALING INDICTMENT

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B), the Court finds that sealing of the indictment and arrest warrant is necessary to prevent notification of the existence of the arrest warrant which could result in flight from prosecution, the destruction of or tampering with evidence, or the intimidation of potential witnesses, or otherwise jeopardize the investigation.

It is hereby ORDERED that the indictment and arrest warrant are sealed.

It is further ORDERED that: (1) a certified copy of the indictment shall be provided to those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrant shall be made available to agents of the Federal Bureau of Investigation for execution of the same.

It is further ORDERED that the indictment and arrest warrant are unsealed at the time of the arrest of the defendant, at which time the indictment may be treated as a public record.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
HON. THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia
March _6_, 2018