IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   No. 1:18-cr-111 |
| JULIAN PAUL ASSANGE, | ) |
| | )   **UNDER SEAL** |
| Defendant. | ) |

MOTION

The United States, through undersigned counsel, has notified the Court that the defendant was arrested on April 11, 2019, in the United Kingdom pursuant to the arrest warrant issued in this case. By the terms of the Order Sealing Indictment filed on March 6, 2018, the indictment may be treated as a public record.

The United States therefore moves to unseal the case only to allow the indictment to be made publicly available but to keep all other documents in the case under seal until further order of the court.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700
Facsimile (703) 299-3980