IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. l:18-cr-111 |
| JULIAN PAUL ASSANGE, | ) | |
| | ) | **UNDER SEAL** |
| Defendant. | ) | |

## ORDER

Whereby the United States notified the Court that the defendant was arrested on April 11, 2019, in the United Kingdom pursuant to the arrest warrant issued in this case. By the terms of the Order Sealing Indictment filed on March 6, 2018, the indictment may be treated as a public record.

IT IS THEREFORE ORDERED that the case is unsealed to allow the indictment to be made publicly available but all other documents in the case remain under seal until further order of the court.

/S/

_____

Alexandria, Virginia                                     CLAUDE M. HILTON
April 11th, 2019                                          UNITED STATES DISTRICT JUDGE