IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:18cr111 |
| | ) | |
| JULIAN PAUL ASSANGE | ) | |
| | ) | |

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Gordon D. Kromberg as counsel for the United States of America in the above-captioned matter.

          Respectfully submitted,

          G. Zachary Terwilliger
          United States Attorney

By:    /s/
      Gordon D. Kromberg
      Virginia Bar No. 33676
      Assistant United States Attorney
      Attorney for the United States
      2100 Jamieson Avenue
      Alexandria, VA  22314
      Phone: 703-299-3700
      FAX: 703- 299-3981
      Email Address:  gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed via ECF this 11th day of April 2019, which will send a copy of such filing (NEF) to all parties.

                                              /s/
                                      Gordon D. Kromberg
                                      Virginia Bar No. 33676
                                      Assistant United States Attorney
                                      Attorney for the United States
                                      2100 Jamieson Avenue
                                      Alexandria, VA 22314
                                      Phone: 703-299-3700
                                      FAX: 703- 299-3981
                                      Email Address: gordon.kromberg@usdoj.gov