IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **UNDER SEAL** |
| v. ) | |
| ) | No. 1:18-cr-111 |
| JULIAN PAUL ASSANGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the government's motion to unseal the criminal complaint and supporting affidavit in this case. The government's motion is GRANTED. The Clerk's Office shall unseal the following two documents: (1) the criminal complaint and (2) the affidavit supporting the criminal complaint, filed on December 21, 2017. The Clerk's Office shall also unseal this motion and Order.

_____
The Honorable Claude M. Hilton
United States District Judge

Alexandria, Virginia

April \_\_\_\_, 2019