IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:18-cr-111 |
| JULIAN PAUL ASSANGE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter comes before the Court on the government's motion to unseal the docket in the above-captioned case and specific filings therein. The government's motion is GRANTED. The Clerk's Office shall unseal the docket in this case. The Clerk's Office shall also unseal the specific documents in the following docket entries: Dkt. Nos. 6, 12, 13, 16, 17, 18, 20.

The Motion to Seal (Dkt. No. 5), Redacted Criminal Case Cover Sheet (Dkt. No. 4), and Redacted Criminal Case Cover Sheet (Dkt. No. 11), shall remain under seal, for the reasons stated in the government's motion.

The documents filed in all other docket entries shall remain under seal until further order of the Court.

IT IS SO ORDERED.

_____
The Honorable Claude M. Hilton
United States District Judge

Alexandria, Virginia

April ____, 2019