**Criminal Case Cover Sheet**  FILED: REDACTED   **U.S. District Court**

| | | |
|---|---|---|
| **Place of Offense:** | ☒ Under Seal | Judge Assigned: Buchanan |
| City: Dulles | Superseding Indictment: | Criminal No. 1:17-mj-611 |
| County: Loudoun (first brought) | Same Defendant: | New Defendant: |
| | Magistrate Judge Case No. | Arraignment Date: |
| | Search Warrant Case No. | R. 20/R. 40 From: |

**Defendant Information:**

Defendant Name: Julian Paul Assange  Alias(es):   ☐ Juvenile  FBI No.

Address: ▓▓▓ London ▓▓▓ UK

Employment: Founder, WikiLeaks

Birth Date: 1971   SSN:   Sex: Male   Race: Caucasian   Nationality: Australian

Place of Birth: Townsville, AU   Height: 6'2   Weight:   Hair: White   Eyes:   Scars/Tattoos: UNK

☐ Interpreter   Language/Dialect: English   Auto Description:

**Location/Status:**

Arrest Date: n/a   ☐ Already in Federal Custody as of:   in:

☐ Already In State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

Name:    ☐ Court Appointed   Counsel Conflicts:
Address:   ☐ Retained
Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Tracy Doherty-McCormick; Kellen Dwyer   Phone: 703-299-3707   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Megan Brown, Federal Bureau Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Conspiracy to Commit Computer Int | 1 | Felony |
| Set 2: | | | | |

Date: 12/21/17   AUSA Signature: [signed] Kellen Dwyer   *may be continued on reverse*