## Criminal Case Cover Sheet U.S. District Court

**Place of offense:**

City __Dulles__    Under Seal: Yes _X_ No ___    Judge Assigned: _CMH_

Superseding Indictment _____    Criminal Number: _1:18cr 111_

County/Parish __Loudoun (first brought)__    Same Defendant _X_    New Defendant _____

Magistrate Judge Case Number _1:17mj611_    Arraignment Date: _____

Search Warrant Case Number _____

R 20 / R 40 from District of _____

Related Case Name and No.: 1:11EC3/1:11DM3 (same case different number) (Judge O'Grady)

1:11DM2 (Judge Ellis)

**Defendant Information:**

Juvenile -- Yes ____ No _X_ FBI # _____

Defendant Name: __Julian Paul Assange__    Alias Name(s) _____

Address: __XXXXXXXX, XXXXX_____UK_____

Employment: __Founder, WikiLeaks__

Birth Date _XX/XX/1971_ SS# _____ Sex _M_ Def Race __Caucasian__ Nationality __Australian__ Place of Birth __Townsville, AU__

Height ____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos ____

Interpreter: ____ No ____ Yes List language and/or dialect: ____ Automobile Description ____

**Location Status:**

Arrest date: _____

Already in Federal Custody as of _____ in _____

____ Already in State Custody    ____ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ____ Fugitive    ____ Summons Requested

____ Arrest Warrant Pending    ____ Detention Sought    ____ Bond

**Defense Counsel Information:**

Name: _____    ____ Court Appointed    Counsel conflicted out: _____

Address: _____    ____ Retained

Telephone: _____    ____ Public Defender    Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**

AUSA __Kellen Dwyer, Thomas Traxler, Tracy Doherty-McCormick__ Telephone No.: _(703) 299-3707_    Bar # ____

**Complainant Agency, Address & Phone Number or Person & Title:**

__Sean Combs, Special Agent, Federal Bureau of Investigation__

**U.S.C. Citations:**

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 __18 U.S.C. §§ 371, 1030(a)(1), 1030(a)(2), 1030(c)(2)(B)(ii)__ | __Conspiracy to Commit Computer Intrusion__ | _1_ | _Felony_ |
| Set 2 | | | |

Date: __March 6, 2018__    Signature of AUSA: _[signature]_