IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| IN RE: APPLICATION OF ) | | |
| REPORTERS COMMITTEE FOR ) | | No 1:18mc37 |
| FREEDOM OF THE PRESS TO ) | | |
| UNSEAL CRIMINAL PROSECUTION ) | | No. 18cr111 |
| OF JULIAN ASSANGE ) | | |

Government's Notice of Filing

On May 1, 2019, Judge Hilton ordered the Government to file with the Clerk's Office a redacted copy of the letter that is Docket #15, in conformity with Federal Rule of Criminal Procedure 49.1.

In accordance with that order, we have filed a redacted copy with the Clerk's Office.

    Respectfully submitted,

    G. Zachary Terwilliger
    United States Attorney

By:     /s
    Gordon D. Kromberg
    Assistant United States Attorney
    United States Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    (703) 299-3700
    gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on this May 11, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                        /s  
                                    Gordon D. Kromberg  
                                    Assistant United States Attorney  
                                    Attorney for the United States of America  
                                    United States Attorney's Building  
                                    Justin W. Williams U.S. Attorney's Building  
                                    2100 Jamieson Avenue  
                                    Alexandria, Virginia  22314  
                                    Phone:  703-299-3700  
                                    Fax:  703-299-3981  
                                    Email Address: gordon.kromberg@@usdoj.gov