Dagmar Palmerova
(Dagmar Palmer, Dagmar Havlinova- maiden name)

Prague 3
Czech Republic
Email: magnoliaph@gmail.com
Tel: 420 728205362

2.3. 2019

REDACTED /s/CMH

United States District Court
Eastern District of Virginia
701 E Broad Street
Richmond VA 23219
United States


RECEIVED
MAILROOM
MAR 9 2019
CLERK, U.S. DIST...RT
ALEXANDRIA...

Re: 18-4/10GJ3793/19-134

Dear Sir/Madam,

Life presents us with situations, to which we have to learn to response in appropriate ways to pass the life's exams. I have failed in many of them with quite severe consequences and there came a stage when I said to myself that if I get myself into a similar position again, I will act otherwise.
Such time has come and I have every intention to do what is the most appropriate under the given circumstances, the only problem I have I do not know what it is.

My case is loosely connected with the case of Mr Julian Assange, to whom I believe were sent scientific materials about Climate change and safety of certain contemporary vaccinations to name few that I collected from the internet while living in Sydney and which Wikileaks published after my return to Prague I assume.
Such topics evoked concerns of the AU intelligence agencies and brought to light my failures of the past, which seem to cause extreme difficulties for Mr Assange, who as a publisher actually did not commit any crimes against humanity contrary to the intelligence agencies, who use directed energy weapons to remotely enslave any human body they chose for different purposes.
I can dare to make such a statement because I am targeted by them and my country Czech Republic is a witness to it as I am on 24/7 public surveillance which includes unheard of mind reading. The global martial law prevents them

from speaking about it directly, but when the truth is suppressed to such a degree, fake news and symbols replace the truth.

The tape of my entire life, given to Czech authorities by your government suggests that your government is recording all lives of all human beings of this planet since the fifties.
So you actually have at your disposal all needed documentation to decide, if I were a terrorist suspect and conspired to commit espionage for which I was put into this unhuman position after my return from Sydney to Prague.
As a foreigner who has never entered the US territory I have no rights whatsoever to protect myself against such technologies even if there were laws regulating the use of directed energy weapons, whose existence has been systematically denied by all governments of this planet except Russia, while at the same time, covertly used for human experimentation on millions of people across the world. I find it surprising that the authorities put the publisher who informs the public of such atrocities to a trial and totally ignore the atrocities themselves, clearly aspirating for Nuremberg trials.
Besides there are two official documents, testifying in favour of their presence: The US manual Defence Science Board Task Force on Directed energy weapons and European Parliament's Crowd control technologies for political control.

I am prepared to accept whatever legal consequences you find appropriate for what I had committed in the past but I oppose from the depth of my heart and mind the fact that Mr. Assange has been used as a scapegoat for my failings. I am capable of facing them personally.
The rights of the publishers and journalists have been secured by the constitutions of all democratic societies to sustain the truth in its existence.
In the current scientific world of increasingly virtual realities such endeavour has never been more indispensable. Please reflect this aspect in your court decisions.

Thank You.

Yours faithfully

Dagmar [signature]

A copy sent to:
Ministry of Foreign Affairs Czech Republic
The US Ambassador to Prague
THE UK AMBASSADOR TO PRAGUE