# Criminal Case Cover Sheet
## U.S. District Court

FILED: REDACTED

| | | | |
|---|---|---|---|
| **Place of Offense:** | ☒ Under Seal | **Judge Assigned:** | CMH |
| City: | Superseding Indictment: X | **Criminal No.** | 1:18cr111 |
| County: Loudoun (first brought) | Same Defendant: | New Defendant: | |
| | Magistrate Judge Case No. | **Arraignment Date:** | |
| | Search Warrant Case No. | R. 20/R. 40 From: | |

### Defendant Information:

**Defendant Name:** Julian Paul Assange   **Alias(es):** Julian Paul Hawkins   ☐ Juvenile   FBI No.

**Address:** before arrest in the United Kingdom: xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, London, UK

**Employment:** Founder, WikiLeaks

**Birth Date:** x/xx/1971   **SSN:**   **Sex:** Male   **Race:** Caucasian   **Nationality:** Australian

**Place of Birth:** Townsville, AU   **Height:** 6'2   **Weight:**   **Hair:** Gray   **Eyes:**   **Scars/Tattoos:** UNK

☐ Interpreter   **Language/Dialect:** English   **Auto Description:**

### Location/Status:

**Arrest Date:** n/a   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

### Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:** Chris Liebig

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

### U.S. Attorney Information:

**AUSA(s):** Tracy Doherty-McCormick; Kellen Dwyer; Thomas Traxler   **Phone:** 703-299-3707   **Bar No.**

### Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Megan Brown, Federal Bureau Investigation

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 793 | obtaining and disclosing national d... | 17 | Felony |
| Set 2: | 18 U.S.C. § 371 | Conspiracy to Commit Computer In... | 1 | Felony |

**Date:** 5/23/2019   **AUSA Signature:**   *may be continued on reverse*