

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA            CRIMINAL NO. Case 1:18-cr-00111-CMH

v.            SENIOR JUDGE CLAUDE M. HILTON

JULIAN PAUL ASSANGE,
Defendant.

Amicus/Notice 67 – Every Judge is just as crazy and delusional as Trump and just as much a criminal.

<u>Is the following true?</u>

In 2016 did the CIA and the FBI know that Trump was crazy, delusional and a criminal? Yes.

In 2016 did the CIA and the FBI know that Trump was conspiring with the Russians to secure his Presidential Election Victory? Yes. (They also knew that Clinton was crazy, delusional and a criminal but just not as bad as Trump. The least of two evils.)

The CIA could not disclose the truth about Trump and the Russians without breaking the law and disclosing highly classified information. National Security was too important. The FBI tried. (This is why no one in the DOJ/FBI will be charged with a crime. It is also why McCabe and Strzok have been so brazen in filing civil complaints against the DOJ/FBI. It is why Comey thinks he deserves an apology.)

The extraction of the CIA Agent from Russia is amazing. (The truth will come out.)

<u>The following is true.</u>

The courts have protected the criminal conduct of our Government with the conclusion being the Genocide of Mankind.

Trump, math, time, the other Demigods, etc. will ensure that the truth comes out. That truth will incriminate the Federal Judiciary in the Genocide of Mankind.

The CIA and the FBI knew that Trump would disclose highly sensitive classified information for his own good and protection.

**<u>THE PARADOX AND WHY I AM HERE</u>**

**<u>BLACKMAIL AND EXTORTION WITH AMERICANS AND MANKIND PAYING THE PRICE</u>**

**<u>YOUR ARE THE PERFECT SUNARCISSIST, YOU HAVE CHOSEN SUICIDE OVER HONOR</u>**

All of you, all three branches of our government, participated in the coverup of the negligent release of the Katrina Virus and the murdering of Americans by the US Military during Hurricane Katrina. You covered up the Genocide of Mankind.

You, the criminals, are making a case that you can only be so much of a criminal and that in most cases you're being a criminal is for the greater good. The problem is Trump. He turned being a criminal into becoming the President and you helped. You reap what you sow.

**<u>IN ORDER TO STOP TRUMP, YOU WILL HAVE TO KILL HIM OR ADMIT THAT YOU ARE RESPONSIBLE FOR THE GENOCIDE OF MANKIND – THAT IS THE PARADOX</u>**

➢ What happened to the Judiciary was insidious. It has happened to every civilization. It is why every civilization has failed.

# GOD IS GIVING YOU A CHANCE TO SERVE YOUR PENANCE HERE ON EARTH JUST LIKE ME.

Attachment 1: Notice 65 — "Nuke the Hurricanes" by President Donald Trump page 1 only

Food for thought. Did our government turn Hurricane Dorian? Trump stated it was going to Alabama and has not backed down. Why? We know he is protecting and benefiting himself but why?

I live by the following

*When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind...The second is to love your neighbor as yourself." All the Law and the Prophets hang on these two commandments.*

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

- Amicus/Notice 67 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 10th, 2019)
- Notice 67 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service September 10th, 2019)
- Notice 67 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 10th, 2019)
- Notice 67 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne

Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service September 10th, 2019)

- Amicus/Notice 67 United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service September 10th, 2019)

Godspeed,

Sincerely,

*[signature]*

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on September 10th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

*[signature]*
_____
David Andrew Christenson