UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT



In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219

1:19-gj-00048-BAH

———————————————

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

Notice 65 – "Nuke the Hurricanes" by President Donald Trump

Read Attachment 1 before going further: **"THE SCARLETT EFFECT"**.

This is how you change the narrative and make people think.

**TRUE OR FALSE - THE UNITED STATES HAS OR IS WORKING ON A WEAPON TO ALTER THE WEATHER AND COOL THE EARTH.**

**PRECEDENT WAS WHEN WE DEVELOPED THE NUCLEAR BOMB. OUR SCIENTISTS WERE NOT 100% SURE WHAT WOULD HAPPEN. OUR MILITARY WAS NOT 100% SURE WHAT WOULD HAPPEN WHEN THE NUCLEAR BOMBS WERE DROPPED ON JAPAN.**

**IN SIMPLE TERMS: THERE ARE THOSE THAT BELIEVE THE WEAPON WILL WORK AND THOSE THAT BELIEVE THE WEAPON WILL NOT WORK.**

**THE PROBLEM IS THAT THOSE PEOPLE MAKING THE DECISION FOR MANKIND ARE TRUMP AND THE REST OF THE DEMIGODS.**

**CHANGE THE NARRATIVE. STOP THE CENSORSHIP. UPHOLD THE FIRST AMENDMENT.**

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.