David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550





Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

22314-570499