IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



RECEIVED
MAILROOM

SEP 16 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA

CRIMINAL NO. Case 1:18-cr-00111-CMH

v.

SENIOR JUDGE CLAUDE M. HILTON

JULIAN PAUL ASSANGE,
Defendant.

Amicus - Notice 68 – This is how you kill off a species. The Judiciary's Constitutional Mandate was to keep the Executive and legislative Branches of our Government in check by allowing Americans like me to file grievances that change the narrative. So Simple and yet so powerful. *The pen is mightier than the sword until you have a bunch of sunarcissists running the Government.* This is why I filed Writs of Mandamus and Prohibition with the Supreme Court.

"Thor" is a weapon or device that can alter the course of a Hurricane. "Thor" can be launched from a ship, submarine or airplane. To avoid detection a submarine launch is preferable.

In 1977 I worked on the top-secret cruise/ballistic missile delivery test program at Davis-Monthan Air Force Base in Tucson, Arizona. The program had a military and non-military mission. I worked on the delivery portion of the program. It was my first connection to "Thor". I never understood why I was given unrestricted access to a top-secret program. The first military use of the cruise/ballistic missile occurred during the first Iraqi war. I was a part of something that I didn't understand until years later.

Cover Story – The home of "Thor"

Between 1983 and 1987 I made numerous trips to Andros Island in the Bahamas. This was home to: *The United States Navy's Atlantic Undersea Test and Evaluation Center (AUTEC) is a laboratory that performs integrated three-dimensional hydrospace/aerospace trajectory measurements covering the entire spectrum of undersea simulated warfare — calibration, classifications, detection, and destruction. Its mission is to assist in establishing and maintaining naval ability of the United States through testing, evaluation, and underwater research.*

I actually flew "Thor" on and off Andros Island not knowing what it was until years later.

The Tongue of the Ocean is a perfect place to launch "Thor".

*The area chosen for AUTEC was the Tongue of the Ocean (TOTO) located between the islands of Andros, New Providence, and Exuma Sound in the Bahamas. Chosen because of its ideal natural characteristics, and its climate which permits year-round operations, the TOTO is a U-shaped, relatively flat-bottomed trench approximately 20 miles (32 km) wide by 150 miles (240 km) long with a depth which varies gradually from 3,600 feet (1,100 m) in the south to 6,600 feet (2,000 m) in the north. Its only exposure to the open ocean is at the northern end, and except for this ocean opening, the TOTO is surrounded by*

*numerous islands, reefs, and shoals which make a peripheral shelter isolating it from ocean disturbances, particularly high ambient noise which degrades undersea tests and evaluations.*

A lunch from TOTO would be undetectable.

My cousin/source is Vice Admiral John N. Christenson and he has twice commanded the USS McClusky (FFG 41). The McClusky was a critical component of "Thor". He also was President, Board of Inspection and Survey and Commander of the Naval Mine and Anti-Submarine Warfare Command.

"Thor" was used on Hurricane Katrina (2005), Hurricane Sandy (2012), Hurricane Jose (2017) and Hurricane Dorian (2019). Our Government has made the decision to protect New York and Washington D.C. no matter the consequences to the Mankind.

Our Government failed to use "Thor" on Hurricane Sandy until the last minute. This was done to protect New York City. Our Government made the decision to sacrifice New Jersey.

What reason did our Government have to alter Hurricane Dorian when it was on track to hit Alabama per President Donald Trump? Hurricane Dorian's course was altered over Andros Island and AUTEC/the Tongue of the Ocean (TOTO). The 2019 "Dead Zone" is the eight largest but the algae bloom is the largest in recorded history. The Mississippi beaches have been closed. The algae are deadly. Did Hurricane Barry reduce what was supposed to be the largest "Dead Zone" in recorded history? Was the result a catastrophic deadly algae bloom? Is this connected to the BP Oil Spill and the Corexit Dispersant?

> ➤ The Gulf of Mexico is dying and with it the North Atlantic and thus Mankind.

There is a tropical disturbance that will pass over Andros Island and AUTEC/the Tongue of the Ocean (TOTO) tomorrow, September 13th 2019. Wow Friday the 13th. Hurricane Humberto could be its name. Where will Hurricane Humberto track?

Why was I taught weather forecasting by the Air Force?

God and Mother Nature step in – Payback is hell

Or

Did our Government want Hurricane Katrina to directly hit New Orleans?

Hurricane Katrina's course was altered was on August 25th, 2005 when it was over Andros Island and AUTEC/the Tongue of the Ocean (TOTO). Hurricane Katrina reversed course and took up a southwesterly track. Mayor Nagin had already stopped the Hurricane preparedness plan. The City of New Orleans became a "deer in the headlights". They could not get back on plan. Everything that could go wrong did go wrong. Before the change in course New Orleans was not in the cone.

HURRICANE CENTRAL - Hurricane Katrina: The Day the Forecast Shifted - By Jon Erdman August 26 2015 12:00 AM EDTweather.com
https://weather.com/storms/hurricane/news/hurricane-katrina-forecast-shift-aug26-2005

*Three days prior to landfall, Katrina's forecast made a troubling shift, one which many meteorologists, myself included, will never forget.*
*Here at The Weather Channel, we have weather briefings at certain times of the day to prep for our various shows. During a mid-afternoon briefing on August 26, 2005, senior meteorologist Tom Moore started simply with the phrase, "New Orleans is now in the cone."*
*Suffice to say this was quite a shock for our on-air production crew which had certainly heard a different story just 24 hours prior.*

Attachment 1: National Hurricane Center (NHC) tracking map of Hurricane Katrina – 2005 - Hurricane Katrina's course was altered over Andros Island and AUTEC/the Tongue of the Ocean (TOTO).

Attachment 2: National Hurricane Center (NHC) tracking map of Hurricane Jose – 2017 – Hurricane Jose's course was altered over Andros Island and AUTEC/the Tongue of the Ocean (TOTO).

Attachment 3: National Hurricane Center (NHC) tracking maps of Hurricane Sandy – 2012 – Hurricane Sandy's course was altered so that it would not directly hit New York City. This was a major screw up. Hurricane Sandy hit in November. The jet stream should have pushed Hurricane Sandy east.

Attachment 4: Supplemental Memorandum Forty-Seven New Orleans, home to the 5th Circuit, is a coffin. Docketed with the 5th Circuit on July 14th, 2017.

- Amicus/Notice 68 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 12th, 2019)
- Notice 68 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service September 12th, 2019)
- Notice 68 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 12th, 2019)
- Notice 68 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service September 12th, 2019)
- Amicus/Notice 68 United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service September 12th, 2019)
- Amicus/Notice 68 McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service September 12th, 2019)
- Amicus/Notice 68 Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service September 12th, 2019)
- Amicus/Notice 68 United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 12th, 2019)

- Amicus/Notice 68 United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service September 12th, 2019)
- Amicus/Notice 68 United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service September 12th, 2019)
- Amicus/Notice 68 United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service September 12th, 2019)

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on September 12ᵗʰ, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson