# Attachment 1



Figure 1.  Best track positions for Hurricane Katrina, 23-30 August 2005.

37