# Attachment 2



Figure 1. Best track positions for Hurricane Jose, 5–22 September 2017.