# Attachment 3



Figure 2. Best track positions for Hurricane Sandy, 22 - 29 October 2012.

127

Attachment 3



Figure 31. Model forecast tracks for Sandy at 0000 UTC 23 October (a), 0000 UTC 24 October (b), 0000 UTC October 25 (c), and 0000 UTC 26 October (d). Solid color lines are the forecasts through 72 h, while dashed lines are from 72-120 h, and dotted lines represent the 120-168 h forecasts (top panels only). The ECMWF is in coral, the GFS ensemble in yellow, the GFS is in cyan, and the TVCA model consensus is in red.

156