# Attachment 4

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appellant Mr. David Andrew Christenson
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010
Case 2:10-md-02179-CJB-SS

16-30918
3893 Environmental Matters

Supplemental Memorandum Forty-Seven
New Orleans, home to the 5th Circuit, is a coffin

The conclusion is an engineering fact. I graduated from the Air Force Academy which happens to be an engineering university. New Orleans was in a bowl and now it is in a coffin. When a hurricane strikes New Orleans, the following will happen:

The Mississippi will reverse flow. This has happened before. The engineers built a wall around New Orleans with one entrance and one exit, hence the coffin. The Mississippi will flow into New Orleans from two directions and there will be no outflow. The one entrance and one exit will be blocked by flowing water. The water will rise above sea level because of force and will top the levees. The water on the outside of the coffin will rise as well and the resulting hydrostatic pressure will force the levees/barriers out of the ground. There will no rebuilding New Orleans this time because the devastation will be total and complete.

If Hurricane Katrina were to strike today the above engineering fact would happen. The only question is when.

Engineering fact 2 and the consequences:

If Hurricane Katrina were to pass over the Deepwater Horizon today there would be such agitation that all of the corexit and chemical warfare contaminates on the bottom of the Gulf of Mexico would dissolve into the water creating a cocktail of poison. This poison would travel north up the Mississippi River into New Orleans. As the poison reached the surface it would enter the perfect incubator: high humidity, high temperature and high solids. This Hurricane Katrina, just like the first one, would carry the poison north into America and Canada.

This time the poison will be more potent and will accelerate the destruction of our immune system.

We will not survive.

Our government knows the Gulf of Mexico is a ticking time bomb and yet there is no discussion.

They have censored me because I am fighting to save your life.

# Attachment 4

Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@hotmail.com
504-715-3086

I certify that all parties and then some were noticed by email. July 12th, 2017.