David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA
FL 325
12 SEP '19
PM 1 L



U.S. MARSHAL'S INSPECTED

Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

22314-570499

