IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA                    CRIMINAL NO. Case 1:18-cr-00111-CMH

v.                                          SENIOR JUDGE CLAUDE M. HILTON

JULIAN PAUL ASSANGE,
Defendant.

Amicus/Notice 96 – I am one of the good guys and I am using the "Dark Web". How many bad guys are using it?

Epiphany: Our government can't protect us from the "Dark Web". The emails that I sent were informative and still the government mounted an all-out offensive against me and the First Amendment.

The Constitution is the law of the land and an apparatus to provide justice.

God damn. You have and are driving Patriots, such as myself, underground.

- Amicus/Notice 96 - Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Snowden – Movant David Andrew Christenson – Cr. No. 1:13-cr-265 - Senior Judge Claude M. Hilton - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Snowden – Movant David Andrew Christenson – Civ. No. 1:19-cv-01197 - Judge Liam O'Grady - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - Peter Strzok v. William Barr (19-5262) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service November 6th, 2019)
- Amicus/Notice 96 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service November 6th, 2019)
- Amicus/Notice 96 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service November 6th, 2019)
- Amicus/Notice 96 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service November 6th, 2019)
- Amicus/Notice 96 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran,



Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service November 6th, 2019)

- Amicus/Notice 96 - United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service November 6th, 2019)
- Amicus/Notice 96 - McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service November 6th, 2019)
- Amicus/Notice 96 - Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 6th, 2019)

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on November 6th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Jeanne Rouch-Conesa, Adria Rotta, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join) (Service November 6th, 2019)

- Amicus/Notice 96 - United States v. STONE - Movant David Andrew Christenson - Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service November 6th, 2019)
- Amicus/Notice 96 - McCabe v. Barr - Movant David Andrew Christenson - Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service November 6th, 2019)
- Amicus/Notice 96 - Strzok v. Barr - Movant David Andrew Christenson - Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson - District Court District of Columbia. (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Doe (Chelsea Manning) - Movant - David Andrew Christenson - 2019-Cr No. 1:19-dm-00003 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. FLYNN - Movant David Andrew Christenson - Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Winner - Movant David Andrew Christenson - Cr. No. 1:17-cr-00034 - Judge James Randal Hall - District Court, S.D. Georgia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Assange - Movant David Andrew Christenson - Cr. No. 1:18-cr-00111 - Judge Claude M. Hilton - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - Elradly v. Pinnora - Movant David Andrew Christenson - Civ. No. 1:19-cv-00379 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Rafiekian - Movant David Andrew Christenson - Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 6th, 2019)

God bless,

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on November 6th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# A Patriot using the "Dark Web" signals the beginning of the end

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA                    CRIMINAL NO. Case 1:13-cr-265-CMH

v.                                          SENIOR JUDGE CLAUDE M. HILTON

EDWARD SNOWDEN
Defendant.

Amicus/Notice 96 — I am one of the good guys and I am using the "Dark Web". How many bad guys are using it?

Epiphany: Our government can't protect us from the "Dark Web". The emails that I sent were informative and still the government mounted an all-out offensive against me and the First Amendment.

The Constitution is the law of the land and an apparatus to provide justice.

God damn. You have and are driving Patriots, such as myself, underground.

- Amicus/Notice 96 - Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Snowden — Movant David Andrew Christenson — Cr. No. 1:13-cr-265 - Senior Judge Claude M. Hilton - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Snowden — Movant David Andrew Christenson — Civ. No. 1:19-cv-01197 - Judge Liam O'Grady - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - Peter Strzok v. William Barr (19-5262) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service November 6th, 2019)
- Amicus/Notice 96 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service November 6th, 2019)
- Amicus/Notice 96 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service November 6th, 2019)
- Amicus/Notice 96 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service November 6th, 2019)
- Amicus/Notice 96 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran,

Jeanne Rouco-Consesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service November 6th, 2019)

- Amicus/Notice 96 - United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service November 6th, 2019)
- Amicus/Notice 96 - McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service November 6th, 2019)
- Amicus/Notice 96 - Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 6th, 2019)
- Amicus/Notice 96 - United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 6th, 2019)

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on November 6th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson