David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

06 NOV 2019 PM 1

NOV 06 2019

USPS 32459

USA FOREVER

Senior Judge Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

22314-570499

