David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550



Senior Judge Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314