# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** CMH

**City:** 
**Superseding Indictment:** X
**Criminal No.:** 1:18cr111

**County:** Loudoun (first brought)
**Same Defendant:** X
**New Defendant:**

**Magistrate Judge Case No.:**
**Arraignment Date:**

**Search Warrant Case No.:**
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Julian Paul Assange
**Alias(es):** Julian Paul Hawkins
☐ Juvenile  **FBI No.:**

**Address:** before arrest in the United Kingdom: xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Knightsbridge, London SW1X 0LS, UK

**Employment:** Founder, WikiLeaks

**Birth Date:** x/xx/1971  **SSN:**  **Sex:** Male  **Race:** Caucasian  **Nationality:** Australian

**Place of Birth:** Townsville, AU  **Height:** 6'2  **Weight:**  **Hair:** Gray  **Eyes:**  **Scars/Tattoos:** UNK

☐ Interpreter  **Language/Dialect:** English  **Auto Description:**

## Location/Status:

**Arrest Date:** n/a  ☐ Already in Federal Custody as of:  **in:**

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody

☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  **Counsel Conflicts:** Chris Liebig, Jeff Zimmerman

**Address:**  ☐ Retained

**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Tracy Doherty-McCormick; Kellen Dwyer; Thomas Traxler  **Phone:** 703-299-3707  **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Megan Brown, Federal Bureau Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 793 | obtaining and disclosing national d[efense] | 17 | Felony |
| Set 2: | 18 U.S.C. § 371 | Conspiracy to Commit Computer In[trusion] | 1 | Felony |

**Date:** 6/23/2020  **AUSA Signature:** Gordon Kromberg (Digitally signed by Gordon Kromberg Date: 2020.06.22 16:13:33 -04'00')

*may be continued on reverse*