

December 1, 2022

Senior Judge Claude M. Hilton
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

Reference: USA v. Assange - Julian Paul Assange No. 1:18-cr-111

Dear Judge Hilton,

I respectfully request to be added as co-defendant to the prosecution of Julian Paul Assange under the Espionage Act.

I have made the same request to the US Department of Justice on November 29, 2022 as indicated by the attached documents.

Sincerely,

John Young
Cryptome.org
251 West 89th Street
New York, NY 10024
212-873-8700

Att: 2 images of messages to the Department of Justice

justice.gov/doj/webform/your-message-department-justice

In some instances the volume of communication on a particular issue is such that we cannot respond to each message individually. We would like you to know, however, that all incoming messages are forwarded to the appropriate organization within the Department of Justice and you can be assured that your voices and views are being heard.

**Name**   John L Young

**Email Address**   jya@pipeline.com

**Please choose the general topic of your message:** *
National Security

**Your message to the Department of Justice** *
986 characters remaining

Re: Julian Assange prosecution under the Espionage Act for publication of unredacted "State Department Cables" provided by Edward (now Chelsea) Manning.

I am administrator of the United States-based website Cryptome.org, aka "Cryptome," a free public library publishing since 1996. I am a United States citizen with address at 251 West 89th Street, Unit 6E, New York, NY 10024. Telephone: 212-873-8700.

Cryptome published the decrypted unredacted State Department Cables on September 1, 2011 prior

---

Re: Julian Assange prosecution under the Espionage Act for publication of unredacted "State Department Cables" provided by Edward (now Chelsea) Manning.

I am administrator of the United States-based website Cryptome.org, aka "Cryptome," a free public library publishing since 1996. I am a United States citizen with address at 251 West 89th Street, Unit 6E, New York, NY 10024. Telephone: 212-873-8700.

Cryptome published the decrypted unredacted State Department Cables on September 1, 2011 prior to publication of the cables by WikiLeaks. See:

https://cryptome.org/cryptomb30.htm
https://cryptome.org/z/z.7z

No US official has contacted me about publishing the unredacted cables since Cryptome published them. My statement prepared for Mr. Assange's defense is available here:

https://cryptome.org/2020/09/20200716-Statement-of-John-Young.pdf

I respectfully request that the Department of Justice add me as a co-defendant in the prosecution of Mr. Assange under the Espionage Act.

Sincerely,

John Young