John Young
Cryptome.org
251 West 89th Street
New York, NY 10024

NEW YORK NY 100

1 DEC 2022 PM 12 L



Senior Judge Claude M. Hilton
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314



22314-570499