IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:18cr111 |
| | ) | |
| JULIAN ASSANGE | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE NOTE the appearance of Jessica N. Carmichael of the law firm of Carmichael Ellis & Brock, PLLC for the defendant, Julian Assange, on the above matter.

Respectfully submitted,
JULIAN ASSANGE
By Counsel

/s/
Jessica N. Carmichael
CARMICHAEL ELLIS & BROCK, PLLC
Virginia Bar No. 78339
108 N. Alfred Street, First Floor
Alexandria, Virginia 22314
(703) 684-7908
jessica@carmichaellegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2022 I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

_____/s/_____
Jessica N. Carmichael
