March 3, 2023

Senior Judge Claude M. Hilton
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

Reference: USA v. Assange - Julian Paul Assange No. 1:18-cr-111

Dear Judge Hilton,

I respectfully request this message to the Department of Justice today be added to my request to
be added as co-defendant to the prosecution of Julian Paul Assange under the Espionage Act. See
Filing 49.

I have made the same request to the US Department of Justice on March 3, 2023 as
indicated by the attached documents.

Sincerely,

John Young
Cryptome.org
251 West 89th Street
New York, NY 10024
212-873-8700

Att: Message to the Department of Justice

**Name**   John L Young

**Email Address**   jya@pipeline.com

**Please choose the general topic of your message:** *   National Security

**Your message to the Department of Justice** *
2000 characters remaining

Re: Julian Assange prosecution under the Espionage Act. Reference: USA v. Assange - Julian Paul Assange No. 1:18-cr-111.

This is a supplement to my message to the Department of Justice on November 29, 2022.

I am administrator of the United States-based website Cryptome.org, aka "Cryptome," a free public library publishing since 1996. I am a United States citizen with address at 251 West 89th Street, Unit 6E, New York, NY 10024. Telephone: 212-873-8700.