John Young  
Cryptome.org  
251 West 89th Street  
New York, NY 10024





RECEIVED MAILROOM  
MAR -6 2023  
CLERK, U.S. DISTRICT COURT  
ALEXANDRIA, VIRGINIA

Senior Judge Claude M. Hilton  
Albert V. Bryan US Courthouse  
401 Courthouse Square  
Alexandria, VA 22314



U.S. MARSHALS

2231485704 C031