August 25, 2023

Senior Judge Claude M. Hilton
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

Reference: USA v. Assange - Julian Paul Assange No. 1:18-cr-111

Dear Judge Hilton,

I respectfully request this message to the Department of Justice today be added to my requests to be added as co-defendant to the prosecution of Julian Paul Assange under the Espionage Act. See Filings 49 and 53.

I request that the prosecution of Julian Assange be terminated along with his pending extradition from the United Kingdom so that he is released from related incareration.

The purpose of the submission is to declare that Cryptome is closing after 27 years until Julian Assange is granted freedom from incarceration in the United Kingdom and to not be extradited to the United States.

Included on the page are copies of two email messages which indicate I served as the first registrant for WikiLeaks.org in October 2006 as requested by Julian Assange.

I have made the same request to the US Department of Justice on August 25, 2023 as indicated by the attached document.

Sincerely,

John Young
Cryptome.org
251 West 89th Street
New York, NY 10024
212-873-8700

Att: Message to the Department of Justice, August 25, 2023



August 25, 2023

Sen. Judge Claude M. Hilton
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: USA v. Assange - Julian Paul Assange, Case No. 1:18-cr-111

I respectfully request this message to the Department of Justice today be added to my request to be tried as co-defendant to the prosecution - Julian Paul Assange under the Inplea/Plea Act - see title 1340 and 22.

I request the prosecution of Julian Assange be terminated along with his pending extradition from the United Kingdom so that he is released from prison incarceration.

The purpose of the Inplea submission is for the Will Grayphone is closing after 27 years until the message is presented from UK from incarceration in the United Kingdom and to not be extradited to the United States.

Through me to make are copies of an e-mail message which indicate I saved to the first meeting with UK rules and rules to ensure same as requested by Julian Assange.

I have made the same request to the Department of Justice on August 25, 2023 as presented by the attached document.

Sincerely,

Lypohne.org
251 West 80th Street
New York, NY 10024
212-724-7700

Attachment: DOJ submission dated Friday, August 25, 2023

## Re: Julian Assange prosecution under the Espionage Act. Reference: USA v. Assange - Julian Paul Assange No. 1:18-cr-111

| | |
|---|---|
| **From:** | John Young <jya@pipeline.com> |
| **To:** | <nsd.public@usdoj.gov> |
| **Subject:** | Re: Julian Assange prosecution under the Espionage Act. Reference: USA v. Assange - Julian Paul Assange No. 1:18-cr-111 |
| **Date:** | Aug 25, 2023 10:41 AM |
| **Attachments:** | Assange-DoJ-2023-0825.pdf |

National Security Division
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Re: Julian Assange prosecution under the Espionage Act. Reference: USA v. Assange - Julian Paul Assange No. 1:18-cr-111

This is a supplement to my message to the Department of Justice on November 29,2022 in which I requested to be added as co-defendant to Julian Assange. Reference case docket numbers 49 and 53.

Attached is a copy of the main page of Cryptome.org dated August 20,2023 which is being submitted to the Department of Justice and Senior Judge Claude M. Hilton to show that Cryptome is being closed until Julian Assange is freed.

The purpose of the submission is to declare that Cryptome is closing after 27 years until Julian Assange is granted freedom from incarceration in the United Kingdom and to not be extradited to the United States.

Included on the page are copies of two email messages which indicate I served as the first registrant for WikiLeaks.org in October 2006 as requested by Julian Assange.

This message will be copied to Judge Hilton.

Sincerely,

John Young
Cryptome.org
251 West 89th Street
New York, NY 10024
212-873-8700



August 20, 2023

Cryptome is closing until Julian Assange is freed.

https://cryptome.org/wikileaks/wikileaks-leak.htm

```
*** PGP Signature Status: unknown
*** Signer: xxxxxxxxxxxxx
*** Signed: 10/3/2006 8:16:00 PM
*** Verified: 10/4/2006 8:32:09 AM
*** BEGIN PGP DECRYPTED/VERIFIED MESSAGE ***

Dear John,

You knew me under another name from cypherpunk days. I am involved
in a project that you may have feeling for. I will not mention its
name yet incase you feel yu are not able to be involved.

The project is a mass document leaking project that requires someone
with backbone to hold the .org domain registration. We would like
that person to be someone who is not privy to the location of the
master servers which are otherwise obscured by technical means.

We expect the domain to come under the usual political and legal
pressure. The policy for .org requires that registrants details
not be false or misleading. It would be an easy play to cancel the
domain unless someone were willing to stand up and claim to be the
registrant. This person does not need to claim any other knowledge
or involvement.

Will you be that person?

anon1984@fastmail.to

-----BEGIN PGP PUBLIC KEY BLOCK-----
[Deleted by Cryptome]
-----END PGP PUBLIC KEY BLOCK-----

*** END PGP DECRYPTED/VERIFIED MESSAGE ***
```

Dear J,

The difficulties that confront a conspirator are infinite.

many have been the conspiracies, but few have been successful;
because he who conspires can not act alone, nor can he take
a companion except from those whom he believes malcontent,
and as soon as you have opened your mind to a malcontent
you have given him the material with which to content
himself. --Macchiavelli

wikileaks.org, wikileaks.cn, wikileaks.info done

Domain Name:WIKILEAKS.ORG (etc)

Created On:04-Oct-2006 05:54:19 UTC

Last Updated On:04-Oct-2006 06:45:38 UTC
Expiration Date:04-Oct-2007 05:54:19 UTC
Sponsoring Registrar:Dynadot, LLC (R1266-LROR)
Status:TRANSFER PROHIBITED
Registrant ID:CP-10335
Registrant Name:John Young c/o Dynadot Privacy
Registrant Street1:PO Box 1072
Registrant Street2:
Registrant Street3:
Registrant City:Belmont
Registrant State/Province:CA
Registrant Postal Code:94002
Registrant Country:US
Registrant Phone:+1.6505851961
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:privacy@dynadot.com