December 28, 2023

Senior Judge Claude M. Hilton
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314



Reference: USA v. Assange - Julian Paul Assange No. 1:18-cr-111

Dear Judge Hilton,

This letter motion pertains to the prosecution of Julian Paul Assange under the Espionage Act.

My previous letters are docket numbers 49, 53 and 54.

As a proposed co-defendant to Mr. Assange, I request that insofar as the indictment charge of espionage is based on reputed State Department cables that this charge be withdrawn as erroneous and in conflict with the laws of the United States for the following reasons:

1. The decrypted and unredacted cables were not first publicly released by WikiLeaks or Mr. Assange but by me on my website Cryptome.org, a New York State registered non-profit corporation, of which I am a founder and director.

2. I did not obtain the encrypted cables nor the decryption password from WikiLeaks nor Mr. Assange.

3. During the 12 years the decrypted and unredacted cables have been hosted on Cryptome.org there has been no request, legal demand or court order to remove them.

4. I have submitted a statement to the United Kingdom court handling the extradition of Mr. Assange stating this lack of removal requests and current availability.

   https://cryptome.org/assange-hearing.htm

5. I know of no confirmation of the legitimacy and accuracy of the cables and am aware that such cables can be faked and inserted into legitimate distributions to mislead unauthorized access.

Sincerely,

John Young
Cryptome.org
251 West 89th Street
New York, NY 10024
212-873-8700
cc: US Department of Justice National Security Division.