John Young
Cryptome.org
251 West 89th Street
New York, NY 10024

NEW YORK NY 100

28 DEC 2023  PM 14 L



U.S. MARSHALS



RECEIVED
MAILROOM

JAN 2 - 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Senior Judge Claude M. Hilton
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

22314-570499