Joanne Boyle
61 Longstreet Drive
East Berlin, PA 17316

January 10, 2024

Senior Judge Claude M. Hilton
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

Reference: USA v. Assange - Julian Paul Assange No. 1:18-cr-111

Dear Judge Hilton,

I am requesting a letter motion to dismiss the case against Julian Assange and the extradition request be dropped. As a US taxpayer I object to the time and resources being used to prosecute an innocent man.

1. According to sworn testimony given by CE Manning in both her trial and in her Canadian Admission Hearing, WikiLeaks was not the first publication she contacted to give the information she downloaded using her own security clearance. She contacted the Washington Post first, spoke to someone there and sent them documents. She then contacted the New York Times and then, because she was running out of leave time, she uploaded to WikiLeaks, and didn't speak to Julian Assange until after they were uploaded. It was proven in Manning's case that she worked alone and no one was harmed by what was published.



2. WikiLeaks did not publish alone. The Washington Post, NY Times, The Guardian, El Pais and Der Spiegel also published the same information as WikiLeaks at the same time, in partnership. They had equal responsibility for publishing, yet none of these other news organizations have been charged.

3. What Julian Assange did was normal journalistic activity. He is a credentialed member of the press and the recipient of an astounding number of journalism awards. All members of the press collect data from protected sources. That is what journalism is supposed to be and is protected by our constitution. If we criminalize this standard, then the future of free speech is jeopardized. We The People have a constitutional right to read what he publishes, especially if it informs us if we are in danger, of how to protect ourselves, and how our tax money is being used. He is a publisher, journalist and an innovator, not a terrorist.

3. By the CIA's own admission, Julian Assange is considered a political prisoner and according to Article 4 of the US~Canadian Extradition Treaty, political prisoners are an exception and shall not be extradited to the US.

4. In a September 2021 expose, over 30 witnesses came forward to expose the CIA for plotting the kidnapping and murder of Julian Assange. Extraditing Mr. Assange to the US, would put his life is in grave jeopardy.

5. With the history of the CIA threat to his life, it is clear that Mr. Assange would be in danger if extradited to the US. He is innocent. We call for all charges against Julian Assange be dropped and his permanent release.

Sincerely,
Joanne Boyle