Boyle
61 Longstreet Dr
East Berlin, PA
17316

HARRISBURG PA   171

11 JAN 2024   PM 1   L



RECEIVED
MAILROOM

JAN 1 7 2024

SR. JUDGE CLAUDE M HILTON
ALBERT V. BRYAN US COURTHOUSE
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314

RE: #1:18-Cr-111

22314-570499