Jill P. Michaels
225 Parkside Circle
Crawfordville, FL 32327
jillpmichaels@yahoo.com

Senior Judge Claude M. Hilton
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

RE: USA v. Assange – Julian Paul
No. 1:18-cr-111
(ours 49,53,54,55)

FILED
MAILROOM
JAN 1 7 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Dear Honorable Senior Judge Hilton,

I am a near 80 year old American born and raised citizen who pleads with you to defend the First Amendment of our Constitution and drop all charges against the multiple prize winning journalist, Julian Assange.

His persecution in London's Belmarsh prison is at the request of our government for political reasons. He published the same information as the New York Times and other notable news papers. It was embarrassing to our government since it revealed our war crimes and the conniving of the DNC to subvert Hilary Clinton's primary, among other unpleasant truths. As citizens, we have a right to the truth and to also know what is being done in our names and financed with our tax dollars.

Please defend our rights of freedom of speech and freedom of the press. They are critical tenets of what we hold dear in our country. Please do what is morally right and Fee Assange.

Thank you.

Jill P. Michaels