JP Michaels
225 Parkside Circle
Crawfordville, FL
32327

JACKSONVILLE FL 320

10 JAN 2024  PM 1  L



Senior Judge Claude M. Hilton
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314

22314-570499

RECEIVED MAILROOM
JAN 17 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S. MA. (stamp)